1  David I. Katzen, CSB # 79090
   David A. Schuricht, CSB # 62690
2  KATZEN & SCHURICHT
   1981 N. Broadway, Suite 340
3  Walnut Creek, CA  94596
   Telephone:  (925) 279-3080
4  Fax: 279-3081; Email: ksf@ksfirm.com

5  Counsel for Alleged Debtor and
   Appellee Edgar Perez
6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10
   In re                                    No. C 05-01363 JL
11
   EDGAR PEREZ,
12                                          **ORDER CONTINUING CASE
         Alleged Debtor.                    MANAGEMENT CONFERENCE**
13

14 ─────────────────────────

15 Rene Roman,

16       Petitioning Creditor and Appellant,

17 vs.

18 Edgar Perez,

19       Alleged Debtor and Appellee.

20 ─────────────────────────

21       The court having reviewed the Ex Parte Application for Order Continuing Case

22 Management Conference filed by Appellee Edgar Perez, and good cause appearing therefore,

23       IT IS HEREBY ORDERED THAT the case management conference previously

24 scheduled for November 2, 2005, at 10:30 a.m. is hereby continued to __December 14, 2005__

25 _____ at __10:30 a.m._____ in Courtroom F, 15th Floor, 450 Golden Gate Avenue, San

26 Francisco, California.  The joint case management statement (or, if any party is proceeding

27 without counsel, separate case management statements) and proposed order shall be filed no later

28 than ten (10) days before the continued date of the case management conference.  All other

ORDER CONTINUING CASE MANAGEMENT CONFERENCE                                          1

1  provisions of the court's September 27, 2005, Order Setting Case Management Conference shall
2  remain in effect.
3  Dated: October 14, 2005

        _____
        UNITED STATES MAGISTRATE

        IT IS SO ORDERED
        Judge James Larson

| | |
|---|---|
| 1 | <div align="center">PROOF OF SERVICE</div> |
| 2 | I am over the age of 18, not a party to the case or legal proceeding with respect to which this document is prepared, and do business at 1981 N. Broadway, Suite 340, Walnut Creek, California 94596. |
| 3 | |
| 4 | On October 7, 2005, I served the foregoing proposed **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** by depositing true and correct copies thereof in the United States Mail at Walnut Creek, California, in sealed envelopes with first class postage thereon fully prepaid, addressed as follows: |
| 5 | |
| 6 | |

Office of the United States Trustee        Jon P. Harward
1301 Clay Street, Suite 690N                  1901 South Bascom Ave., Suite 1410
Oakland, CA  94612                               Campbell, CA  95008

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Dated: October 7, 2005

                                                        /s/David A. Schuricht
                                                        David A. Schuricht