1   David I. Katzen, CSB # 79090
    David A. Schuricht, CSB # 62690
2   KATZEN & SCHURICHT
    1981 N. Broadway, Suite 340
3   Walnut Creek, CA  94596
    Telephone:  (925) 279-3080
4   Fax: 279-3081; Email: ksf@ksfirm.com

5   Counsel for Alleged Debtor and
    Appellee Edgar Perez

6

7

8                   IN THE UNITED STATES DISTRICT COURT

9                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

In re                                          No. C 05-1363 JL

11

EDGAR PEREZ,                                   **EX PARTE APPLICATION FOR**
12                                             **ORDER AUTHORIZING**
            Alleged Debtor.                    **WITHDRAWAL OF APPELLEE'S**
13                                             **COUNSEL; [PROPOSED] ORDER**

14                                             *No Hearing Requested*

15

Rene Roman,

16
            Petitioning Creditor and Appellant,
17
vs.
18
Edgar Perez,
19
            Alleged Debtor and Appellee.
20

21                  **APPLICATION FOR ORDER AUTHORIZING**
22                  **WITHDRAWAL OF APPELLEE'S COUNSEL**

23          David A. Schuricht, David I. Katzen and the firm of Katzen & Schuricht (collectively

24   "Attorneys") hereby apply for an order authorizing their withdrawal as counsel for Alleged

25   Debtor and Appellee Edgar Perez ("Perez").  Perez wishes to discharge Attorneys as his counsel

26   and henceforth represent himself *in propia persona* in this matter.  Perez has provided Attorrneys

27   with a Substitution of Attorney ("Substitution") with Perez' s signature.  The Substitution ,

28   which is attached to this Application, has also been executed by Mr. Schuricht (individually and

1  on behalf of Katzen & Schuricht) and by Mr. Katzen.  Perez's address for service of papers is

2  shown on the Substitution.  Based on the Substitution, Attorneys request an order, pursuant to

3  Local Rule 11-5(a), authorizing and effectuating their withdrawal as Perez's counsel.

4  Dated: April 18, 2006

5                                                          KATZEN & SCHURICHT

6                                          By _____ s/David A. Schuricht _____

7                                                          David A. Schuricht

8                                          **ORDER**

9         The Court havng reviewed the foregoing Application for Order Authorizing Withdrawal

10  of Appellee's Counsel, and good cause appearing,

11         IT IS HEREBY ORDERED that *(1)* David A. Schuricht, David I. Katzen, and the firm of

12  Katzen & Schuricht ("collectively "Attorneys") are hereby authorized to withdraw, and are

13  deemed to have withdrawn, as counsel for Appellee Edgar Perez ("Perez"), and *(2)* Perez, *in*

14  *propia persona,* is hereby substituted in place of Attorneys.

15

16         Dated: __4/19/06__              _____

17

18                                                          Judge James Larson

19

20

21

22

23

24

25

26

27

28

1  Edgar Perez, In Propia Persona
   3760 Selvante Street
2  Pleasanton, CA 94566
   Telephone: (512) 415-7503
3
4  Alleged Debtor and Appellee
   In Propia Persona
5
6
7
8                      IN THE UNITED STATES DISTRICT COURT
9                    FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
   In re                                    No. C 05-1363 JL
11
   EDGAR PEREZ,                             **SUBSTITUTION OF ATTORNEY**
12
            Alleged Debtor.
13                                          *No Hearing Requested*
   _____
14
   Rene Roman,
15
           Petitioning Creditor and Appellant,
16
   vs.
17
   Edgar Perez,
18
           Alleged Debtor and Appellee.
19  _____
20      Alleged Debtor and Appellee Edgar Perez ("Perez") hereby substitutes himself, in propia
21  persona, in place of his attorneys Katzen & Schuricht, David A. Schuricht, and David I. Katzen.
22  Perez's address and telephone number are:
23                          3760 Selvante Street
24                          Pleasanton, CA 94566
                            (512) 415-7503
25
26      Dated: 4/10/06_____.          _____
                                                     Edgar Perez
27                                            Alleged Debtor and Appellee
28

_____
SUBSTITUTION OF ATTORNEY                                              1

1        Katzen & Schuricht, David A. Schuricht, and David I. Katzen hereby consent to this

2    substitution and hereby withdraw as Perez's counsel.

3        Dated: <u>April 17, 2006</u>.            Katzen & Schuricht

4                      By   <u>/s/David A. Schuricht</u>

5                           David A. Schuricht

6        Dated: <u>April 17, 2006</u>.        <u>/s/David A. Schuricht</u>

                             David A. Schuricht

7        Dated: <u>         </u>.            <u>                </u>

8                                 David I. Katzen

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

SUBSTITUTION OF ATTORNEY                                                     2

1        Katzen & Schuricht, David A. Schuricht, and David I. Katzen hereby consent to this

2 substitution and hereby withdraw as Perez's counsel.

3        Dated: _____.                 Katzen & Schuricht

4                             By_____
                                        David A. Schuricht

5        Dated: _____.            _____

6                                        David A. Schuricht

7        Dated: April 14, 2006           _____

8                                        David I. Katzen

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

<u>PROOF OF SERVICE</u>

2

     I am over the age of 18, not a party to the case or legal proceeding with respect to which this document is prepared, and do business at 1981 N. Broadway, Suite 340, Walnut Creek, California 94596.

3

4

     On April 18, 2006, I served the foregoing **EX PARTE APPLICATION FOR ORDER AUTHORIZING WITHDRAWAL OF APPELLEE'S COUNSEL; [PROPOSED] ORDER** by depositing true and correct copies thereof in the United States Mail at Lafayette, California, in sealed envelopes with first class postage thereon fully prepaid, addressed as follows:

5

6

7

Office of the United States Trustee
1301 Clay Street, Suite 690N
Oakland, CA  94612

8

John P. Harward, Esq.
1901 S. Bascom Ave., #1410
Campbell, CA 95008
[Counsel for Appellant Rene Roman]

9

Rene Roman
4436 Mohr Ave.
Pleasanton, CA 94566
[Appellant]

10

Edgar Perez
3760 Selvante Street
Pleasanton, CA 94566
[Appellee]

11

12

Leslie Tchaikovsky
United States Bankruptcy Judge
United States Bankruptcy Court
Northern District of California
1300 Clay Street, #300
P.O. Box 2070
Oakland, CA 94604

13

United States Bankruptcy Court
Northern District of California
Oakland Division
1300 Clay Street
Suite 300
P.O. Box 2070
Oakland, CA 94604

14

15

     I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

16

17

Dated: April 18, 2006

18

                                 /s/David A. Schuricht

19

                                 David A. Schuricht

20

21

22

23

24

25

26

27

28