United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE: EDGAR PEREZ,

_____/

No. C 05-1363   JL

**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE**

## Introduction

All parties failed to appear for a case management conference on this Court's calendar on February 28, 2007. The Court in May 2006 referred this case for mediation and the parties in November 2006 participated in mediation, which was unsuccessful. No further mediation was contemplated or scheduled. The parties did not contact the Court, but the Court sua sponte scheduled the case for a further case management conference and notified the parties. There were no appearances.

## Order

Accordingly, the parties are hereby ordered to show cause why this case should not be dismissed for failure to prosecute as provided by Rule 41(b), Federal Rules of Civil

Procedure. The parties shall appear before this Court on March 28 at 9:30 a.m. If there are no appearances the case shall be dismissed.

IT IS SO ORDERED.

DATED: February 28, 2007

_____
James Larson
Chief Magistrate Judge

C-05-1363 ORDER TO SHOW CAUSE         2