UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENE EFRIN ROMAN, ) <br> ) <br> Plaintiff(s), ) <br> ) <br> v. ) <br> ) <br> ) <br> EDGAR PEREZ, aka WAYFARER ) <br> INTERNET SOLUTIONS, ) <br> ) <br> Defendant(s). ) <br> ) <br>_____ ) | No. C05-1363 SBA(BZ) <br><br> **ORDER RE OVERDUE PAPERS** |

TO: Plaintiff(s) and Defendant(s) their attorney(s) of record:

On June 1, 2007 you were ordered to lodge a Settlement Conference Statement seven days prior to the conference, which is scheduled for July 31, 2007. Your statement was due July 24, 2007. It was not received by chambers.

**IT IS HEREBY ORDERED** that if a statement is not lodged by the close of business tomorrow, plaintiff(s) and defendant(s) and their attorney(s) of record will be sanctioned $100 a day for each day's delay, beginning from the date it was originally due.

Dated: June 27, 2007

_____
Bernard Zimmerman
United States Magistrate Judge

g:\bzall\-refs\refs.07\roman.sc.wpd

1